UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REGINALD L. ALLEN, ) <br> ) <br> and ) <br> ) <br> EARL LOMAX, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> DAVID J. BARRAM ) <br> Administrator, ) <br> U.S. General Services Administration ) <br> ) <br> Defendant. ) <br> _____ ) | Civil Action No. ~~99-2271 (JMF)~~ <br> 00-0062 |

**ORIGINAL**

**FILED**

DEC 1 8 2001

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## JOINT STIPULATION REGARDING BACK PAY

PURSUANT TO THE COURT'S DIRECTION, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs **EARL LOMAX and REGINALD L. ALLEN** and Defendant **U.S. GENERAL SERVICES ADMINISTRATION [GSA]**, by and through their respective counsel, that:

Subject and without prejudice to Defendant GSA's Opposition to Plaintiffs' Motion for Equitable Relief, and Defendant's anticipated Motion for Judgment as a Matter of Law under Fed. R. Civ. P. 50 or, in the Alternative, for New Trial under Fed. R. Civ. P. 59; and

Subject to Plaintiffs' right to pursue all other applicable fees and costs should they prevail on all pending or anticipated post-trial motions,

The Parties agree that Plaintiff Earl Lomax would be entitled to $9,707.00 in backpay and that Plaintiff Reginald Allen would be entitled to $7,505.00 in back pay, calculated from the date of the selections at issue up to and including September 22, 2001.

|  | Respectfully submitted, |
|---|---|
| *Faxed signature attached hereto* | */s/ Roscoe C. Howard, Jr.* |
| JAMES LESTER KESTELL | ROSCOE C. HOWARD, Jr., Bar #246470 |
| D.C. Bar #955310 | United States Attorney |
| 209 Midvale Street | |
| Falls Church, Virginia 22046-3510 | */s/ Mark E. Nagle* |
| (703)237-2912 | MARK E. NAGLE, Bar # 416364 |
| | Assistant United States Attorney |
| Counsel for Plaintiffs | */s/ Paul A. Mussenden* |
| | PAUL A. MUSSENDEN |
| | Assistant U.S. Attorney |
| | 555 Fourth Street, N.W., Rm 10-409 |
| | Washington, D.C. 20001 |
| | (202) 305-4740 |
| | */s/ Sonia M. Orfield* |
| | SONIA M. ORFIELD |
| | Special Assistant U.S. Attorney |
| | OF COUNSEL |
| | Martin R. Welles |
| | Assistant Regional Counsel |
| | GSA – NCR |
| | Counsel for Defendant |